UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-07500-ODW (DFMx) | Date | February 22, 2022 |
|---|---|---|---|
| Title | *Victor Huerta v. Perrin Bernard Supowitz, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **Order REMANDING Case Pursuant to Stipulation [22]**

Pursuant to the parties' Joint Stipulation to Remand Case, (ECF No. 22), **IT IS HEREBY ORDERED** that the entire action is **REMANDED** to the Superior Court of California, County of Los Angeles, Case No. 20STCV39684.

Plaintiff's Motion to Remand is **DENIED IS MOOT**. (ECF No. 14.) All remaining dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

                                                                           :    00

                                       Initials of Preparer    SE